

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00238-CR

_____

JOSEPH CEVER COOPER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd Judicial District Court
Bowie County, Texas
Trial Court No. 11-F-0514-202

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Joseph[1] Cever Cooper was convicted in a bench trial of three separate forgeries. The court enhanced these three convictions, each of which was a state-jail felony, to the level of a third-degree felony conviction, and sentenced him to eight years' imprisonment.[2] The State alleged two separate prior felony convictions as required for the enhancement. Cooper argues on appeal that although he pled true to one prior offense, he pled not true to a 2002 conviction, and that the State failed to prove the 2002 offense was final. Thus, he argues, the enhancement was unlawful, and remand for resentencing is necessary.

Cooper has filed a single brief, in which he raises a single issue which is common to all of his appeals. We addressed this issue in detail in our opinion of this date on Cooper's appeal in cause number 06-11-00236-CR. For the reasons stated therein, we likewise conclude that the evidence is sufficient in this case.

We affirm.

Bailey C. Moseley
Justice

Date Submitted:     March 6, 2012
Date Decided:       March 13, 2012

_____

[1]The judgment refers to appellant as Joe and the notice of appeal refers to him as Joseph; we will refer to him as Joseph.

[2] All three convictions are before this Court in separate appeals, in our cause numbers 06-11-00236-CR, 06-11-00237-CR, and 06-11-00238-CR.

2

Do Not Publish